# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| GENE SIDORE, derivatively on behalf of NIC, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM F. BRADLEY, JR., et al., <br><br> Defendants, <br> and, <br><br> NIC, INC., <br><br> Nominal Defendant. | ) <br> ) <br> )  No. 10-CV-2466 JWL/DJW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO PRELIMINARILY APPROVE SETTLEMENT

PLEASE TAKE NOTICE THAT Plaintiff hereby moves, pursuant to Rule 23.1(c), Fed. R. Civ. P., for an order preliminarily approving the proposed settlement of this shareholder derivative action. A copy of the parties' Stipulation of Settlement is attached hereto as Exhibit 1. Attached as Exhibit D to the Stipulation of Settlement is a Proposed Order Preliminarily Approving Settlement, Directing Notice To Shareholders, And Setting Hearing For Final Approval Of The Settlement (the "Preliminary Order").

As explained more fully in the accompanying memorandum of law in support thereof, this settlement was reached after extensive arm's-length negotiations. The settlement provides significant benefits to NIC and its shareholders and removes the risk and delay of further litigation. For the reasons set forth herein and in the accompanying memorandum of law, Plaintiff requests the Court grant preliminary approval of the settlement, approve the forms of

notice, and set a date and time for a Final Settlement Hearing with respect to the proposed settlement.

The parties propose that the Court schedule the Final Settlement Hearing ninety (90) days from entry of the Preliminary Order and approve the following schedule:

(a) Notice to be disseminated: 45 days before the Final Settlement Hearing.

(b) Deadline for NIC shareholders to object to the Settlement: 14 days before the Final Settlement Hearing.

(c) Deadline for papers in support of final approval of the Settlement: 7 days before the Final Settlement Hearing.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion, enter the Preliminary Order, stay the litigation and grant such other relief as the Court deems appropriate.

Dated: June 22, 2011

Respectfully submitted,

/s/ Christopher M. Joseph

**VIANALE & VIANALE LLP**
Kenneth J. Vianale
2499 Glades Road, Suite 112
Boca Raton, Florida 33431
T: 561-392-4750
F: 561-392-4775

**JOSEPH & HOLLANDER, PA**
Christopher M. Joseph (19778)
Ross A. Hollander (09010)
1508 SW Topeka Blvd.
Topeka, Kansas 66612
T: 785-234-3272
F: 785-234-3610

*Local Counsel for Plaintiff*

**SARRAF GENTILE LLP**
Ronen Sarraf
Joseph Gentile
One Penn Plaza, Suite 2424
New York, New York 10119
T: 212-868-3610
F: 212-918-7967

*Counsel for Plaintiff*